**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        09-CV-00686-WYD-BNB

WILDEARTH GUARDIANS,

     Plaintiff,

v.

KEN SALAZAR, in his official capacity as
United States Secretary of the Interior,

     and

UNITED STATES DEPARTMENT OF INTERIOR,

     Defendants.

---

### NOTICE OF VOLUNTARY DISMISSAL

---

     Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff, WildEarth Guardians hereby files this

notice of voluntary dismissal.  Defendants have neither filed an answer nor served a motion for

summary judgment.  WildEarth Guardians sued Defendants, Secretary of the Interior Ken

Salazar and the U.S. Department of Interior (collectively "Interior") to force them to fulfill their

mandatory duty in 43 U.S.C. § 1337(p)(8) to promulgate final regulations on the use of federal

coastal waters for offshore wind farms.  On April 29, 2009, Interior published such regulations in

the Federal Register.  74 Fed. Reg. 19637.  Accordingly, the dismissal of this lawsuit pursuant to

Fed. R. Civ. P. 41(a)(1)(i) is appropriate.


Respectfully Submitted,

Dated: May 3, 2009


      S/ James J. Tutchton
James J. Tutchton, (CO Bar No. 21138)
WildEarth Guardians
1536 Wynkoop Street, Suite 301
Denver, CO 80202
Tel: 720-301-3843
E-Mail: jtutchton@wildearthguardians.org


Robert Ukeiley (CO State Bar No. 26747)
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel: (859) 986-5402/Fax: (866) 618-1017\
Email: rukeiley@igc.org

Counsel for Plaintiffs